UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr0812-BTM |
| Plaintiff, ) | |
| v. ) | ORDER RESCHEDULING DATE OF THE ACCEPTANCE OF MAGISTRATE'S PLEA AND SENTENCING HEARING |
| PHILLIP LOPEZ, ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the acceptance of magistrate's plea and sentencing hearing set for July 13, 2007, at 8:15 a.m. be rescheduled to July 6, 2007, at 10:30 a.m.

**SO ORDERED.**

DATED: July 2, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge